[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 95-5516
_____

D. C. Docket No. 94-7254-CIV-SJM

DAVID FORGIONE, as Assignee of
Harry Tofel and Lena Tofel,

Plaintiff-Appellant,

versus

DENNIS PIRTLE AGENCY, INC.,
AMERICAN STATES INSURANCE
COMPANY, an Indiana Corporation,

Defendants,

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, an Illinois
corporation,

Defendant-Appellee,

HERMAN B. FINE,
CERRATO-FINE AGENCY, INC.,
a New York Corporation,

Defendants-Cross-Defendants
Appellees,

FIREMAN'S FUND INSURANCE
COMPANIES,

Defendant-Cross-Claimant.

_____

_____

**(January 7, 1998)**

Before DUBINA, BLACK and CARNES, Circuit Judges.

PER CURIAM:

We previously certified to the Florida Supreme Court the following dispositive

question in this case:

> Can a claim for negligence by an insured against an
> insurance agent for failure to obtain proper insurance coverage
> be assigned to a third party?

Forgione v. Dennis Pirtle Agency, Inc., 93 F.3d 758, 761 (11th Cir. 1996).  The Supreme

Court of Florida has now definitively answered that state law question in the affirmative,

disagreeing with the district court.  See  David Forgione v. Dennis Pirtle Agency, Inc., ____

So.2d ____ (Fla. Nov. 13, 1997).  We are indebted to the Florida Supreme Court for its

authoritative resolution of the controlling state law issue.

The judgment of the district court is REVERSED, and this case is REMANDED for

further proceedings.